**Order filed, December 20, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-17-00668-CR

### CHARLES LYNCH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 405th District Court
### Galveston County, Texas
### Trial Court Case   15-CR-3172

---

### ORDER

The reporter's record in this case was due 11/17/2017. *See* Tex. R. App. P. 35.1. On 11/20/2017, this court granted the court reporter and extension to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cylena Korkmas, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM